30636, 30637. HAMMOND v. HOOVER; and vice versa.

HALL, Justice.
In this land line dispute between adjacent homeowners, we have reviewed appellant's claims of trial error and find them to be without merit. Appellee's appeal, asserting that the trial court erred in setting aside the $500 award which the jury granted him for appellant's claimed bad faith and litigiousness, is similarly without merit.
*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 13, 1976 — DECIDED JANUARY 28, 1976 — REHEARING DENIED FEBRUARY 17, 1976 IN CASE NO. 30636.

*Congdon & Williams, J. Gabriel Angaran,* for appellant.
*Lanier, Powell, Cooper & Cooper, Jack L. Cooper,* for appellee.